**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SIERRA CLUB,           ) | |
|                        ) | |
| Plaintiff,             ) | |
|                        ) | Civil Action No. 05-209 (EGS) |
| v.                     ) | |
|                        ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, *et al.*, ) | |
|                        ) | |
| Defendants.            ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that defendants' motion for reconsideration is **DENIED** as moot; and it is

**FURTHER ORDERED** that plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendants and against plaintiff.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

      SO ORDERED.


Signed by:     EMMET G. SULLIVAN
               UNITED STATES DISTRICT JUDGE
               February 26, 2007